**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

MICHAEL WARREN and EVELYN WARREN,    x

                      Plaintiffs,    x

      -against-    x

          x

THE CITY OF NEW YORK, a municipal entity;    x    08-CV-3815 (ARR) (RER)
NEW YORK CITY POLICE COMMISSIONER
RAYMOND KELLY; NEW YORK CITY    x    ECF Case
POLICE SERGEANT STEVEN TALVY
(Shield No. 5408); NEW YORK CITY POLICE    x
OFFICER JOSEPH TILLOTSON
(Shield No. 30215); NEW YORK CITY POLICE    x
OFFICER JOHN ACCONI (Shield No. 5075);    x    **JOINT PRETRIAL ORDER**
NEW YORK CITY POLICE OFFICER        **(PROPOSED)**
MIRABEL SARANTE (Shield No. 10211),    x
NEW YORK CITY POLICE OFFICER
ANTHONY CAROZZA (Shield No. 16222),    x
individually and in their official capacities; and
JOHN DOES 1-10, New York City Police    x
Officers, Supervisors and/or Commanders,
individually and in their official capacities,    x

                   Defendants.    x

------------------------------------------------------------ x

**A. Parties and Counsel**

***Plaintiff's counsel***

Jonathan Moore
Elizabeth Logemann
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400 (phone)
(212) 557-0565 (fax)

*Defendants' counsel*

Arthur G. Larkin
Kimberly Conway
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
(212) 788-1599 (phone)
(212) 788-9776 (fax)


## B. Jurisdiction

*Plaintiff's Brief Statement as to the Presence of and Basis of Subject Matter Jurisdiction*

      Subject Matter Jurisdiction is conferred upon this Court by 28 U.S.C. §§1331 and 1343 (3) and (4), as this action seeks redress for the violation of plaintiffs constitutional and civil rights. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), over any and all state constitutional and state law claims that are so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy.

*Defendant's Brief Statement as to the Presence of Subject Matter Jurisdiction*:

      Defendants agree that the court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. §§ 1331, 1343 and 1367.

## C. Claims and Defenses

### *Plaintiffs' Remaining Claims*

Plaintiffs allege that their federal and state constitutional and common law rights were violated by Defendants' actions on June 21, 2007 and thereafter.  Plaintiffs allege under the United States Constitution pursuant to 42 U.S.C. §§ 1983, and New York State law, that the conduct described in the Complaint gave rise to the following claims to be tried, as numbered in Plaintiffs' First Amended Complaint:

1) Constitutional Violations under 42 U.S.C. § 1983: violation of Plaintiff's First, Fourth, and Fourteenth Amendment rights including: freedom to engage in protected speech; freedom from arrest without probable cause; freedom from unreasonable seizure of their persons, including the use of excessive force; freedom from false imprisonment; freedom from the lodging of false charges against them by police officers; freedom from malicious prosecution by police officers;

2

freedom from abuse of process; and freedom from deprivation of liberty without due process of law.[1]

2) <u>Failure to Intervene pursuant to Fourth Amendment and 42 U.S.C. § 1983:</u> violation of Plaintiffs' Fourth and Fourteenth rights due to the failure of defendants to assess the constitutionality of interactions between their fellow members of service and civilians and to intervene where they observed another member of the police department employing unjustified and excessive force against civilian(s) and falsely arresting civilian(s), as was their affirmative duty.

5) <u>Respondeat Superior</u>: Defendant CITY is liable for the actions of the individual defendants under the doctrine of *respondeat superior*.

7) <u>False Arrest</u>: defendants unlawfully caused, ordered, approved and/or knowingly failed to prevent plaintiffs' arrest without probable cause or other legal justification.

8) <u>False Imprisonment</u>: Defendants unlawfully caused, ordered, approved and/or knowingly failed to prevent plaintiffs' wrongful detention, thereby depriving them of their liberty without good faith, reasonable suspicion or other legal justification. Plaintiffs were conscious of, and did not consent to, their confinement.

9) <u>Malicious Prosecution</u>: Defendants, acting under color of law, commenced and continued, and/or caused to be commenced and continued, a criminal prosecution against plaintiffs that was lacking in probable cause, instituted in malice, and which ultimately terminated in plaintiffs' favor.

10) <u>Assault and Battery</u>: Defendants wilfully and maliciously touched plaintiffs without their authorization and used physical force on plaintiffs, without just cause, causing physical and emotional injuries.

11) <u>Intentional Infliction of Emotional Distress</u>: Defendant Talvy intentionally, willfully, and knowingly caused plaintiffs to suffer mental and emotional distress, pain and suffering, and damage to name and reputation.

12) <u>Negligent Infliction of Emotional Distress</u>: Defendants negligently caused plaintiffs to suffer mental and emotional distress, pain and suffering, and damage to name and reputation.

### *Plaintiff's Dismissed Claims*

Plaintiffs voluntarily withdrew the following claims, as numbered in Plaintiffs' First Amended Complaint:

1) <u>Violation of the Equal Protection Clause</u>

---

[1] Plaintiffs dismissed their claim of a violation of their rights to equal protection, privileges and immunities under the law, asserted as part of the first cause of action.

3) <u>Individual Supervisory Liability</u>

6) <u>New York State Constitutional Violations</u>

13) <u>Negligence</u>

***Bifurcated Claim***

        The following claim has been bifurcated and will not be addressed at the May 7, 2012 trial:

4) <u>Monell Claim</u>: under 42 U.S.C. § 1983, violation of Plaintiffs' First, Fourth, Fifth and Fourteenth Amendment rights under *Monell v New York City Department of Social Services*, 436 U.S. 658 (1978), for unlawful policies, practices and procedures.

 ***Defendants' Affirmative Defenses***:  Defendants respectfully submit that plaintiffs' withdrawal of their negligence claim also includes any claim for negligent infliction of emotional distress. Defendants assert the following affirmative defenses:

Qualified Immunity – to be decided by the court after submission of special interrogatories to the jury, if necessary.

There was probable cause for the arrest and detention of plaintiffs.

At all times, defendants acted reasonably in the exercise of their authority and therefore are entitled to governmental immunity.

Any injury to plaintiffs resulted from their own culpable or negligent conduct, and was not proximately caused by any acts of defendants.

Plaintiffs provoked the incident.

**E.**      **Damages**

    *1. Compensatory Damages*

Plaintiffs seek Compensatory Damages in the amount of no less than 1,033,649.89, which includes, *inter alia*:

        a.   Cost of representation for criminal defense: $33,500;

        b.   Cost of medical treatment otherwise not covered by insurance: Not less than $1984.17;

      c.   Property Damage: $1165.72, and

      d.   $500,000 each for pain from physical injuries, pain and suffering, and ongoing mental and emotional distress.

   *2. Punitive Damages*

Plaintiffs seek punitive damages against the individual defendants in an amount to be determined by the jury.

   *3. Attorneys Fees, Costs and Disbursements of this Action:*

Plaintiffs seek attorneys' fees, costs and disbursements of this action in an amount to be determined following the conclusion of the proceedings.

## E.  Jury Trial

Plaintiff has demanded a trial by jury of all issues raised.  The parties reasonably anticipate that the trial of this action will take seven to ten days.

## F. Consent to Trial by Magistrate Judge

The parties have not consented to trial of the case by a magistrate judge.

## G. Stipulations

***Plaintiff's Proposed Stipulations of Fact:***

1. On the afternoon of June 21, 2007, plaintiffs Michael and Evelyn Warren were driving their car north on Vanderbilt Avenue in Brooklyn, New York.

2. The Warrens came to a stop at the traffic light at the intersection of Vanderbilt Avenue and Atlantic Avenue.

3. Mr. Warren was given a Desk Appearance Ticket.

4. Mrs. Warren was given a Summons for Disorderly Conduct.

## H. Witnesses

*Plaintiff's Witness List*

1.  Michael Warren

    Mr. Warren is one of the plaintiff's in this action.   He will testify to the wrongful
    conduct he was subjected to on June 21, 2007 at the hands of the defendant police
    officers and to the injuries he suffered from that conduct.

2.  Evelyn Warren

    Ms. Warren is one of the plaintiff's in this action.   She will testify to the wrongful
    conduct she was subjected to on June 21, 2007 at the hands of the defendant police
    officers and to the injuries she suffered from that conduct.

3.  Sergeant Steven Talvy

    Sgt. Talvy is one of the defendants in this case and he will testify as to his involvement in
    the events on June 21, 2007 that led to the seizure, arrest and prosecution of the plaintiffs.

4.  Officer John Acconi

    Officer Acconi is one of the defendants in this case and he will testify as to his
    involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution
    of the plaintiffs.

5.  Officer Mirabel Sarante

    Officer Sarante is one of the defendants in this case and she will testify as to her
    involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution
    of the plaintiffs.

6.  Officer Joseph Tillotson

    Officer Tillotson is one of the defendants in this case and he will testify as to his
    involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution
    of the plaintiffs.

7.  Officer Nicholas Tricarico

    Officer Tricarico is one of the police officers involved in this case and he will testify as to
    his involvement in the events on June 21, 2007 that led to the seizure, arrest and
    prosecution of the plaintiffs.

8.  Officer Anthony Carozza

Officer Carozza is one of the defendants in this case and he will testify as to his involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution of the plaintiffs.

9.  Officer Devito

Officer Devito is one of the police officers involved in this case and he will testify as to his involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution of the plaintiffs.

10. Officer Margaritis

Officer Margaritis is one of the police officers involved in this case and he will testify as to his involvement in the events on June 21, 2007 that led to the seizure, arrest and prosecution of the plaintiffs.

11. Detective Competiello

Detective Competiello is a detective who investigated the events of June 21, 2007 on behalf of the IAB. He will testify as to what he heard and observed during the course of his investigations.

Defendants object to this witness on the grounds that his testimony would be cumulative, unfairly prejudicial, irrelevant and would, in part, constitute hearsay.

12. Inspector Cosgrove

Inspector Cosgrove interviewed officers regarding the events that took place on June 21, 2007, conducted a post-incident investigation and wrote a report about his findings. He will testify as to what he heard and observed during the course of his investigations.

Defendants object to this witness on the grounds that his testimony would be cumulative, unfairly prejudicial, irrelevant and would, in part, constitute hearsay.

13. Captain Timothy Kelly

Captain Kelly interviewed officers regarding the events that took place on June 21, 2007, conducted a post-incident investigation and wrote a report about the incident. He will testify as to what he heard and observed during the course of his investigations.

Defendants object to this witness on the grounds that his testimony would be cumulative, unfairly prejudicial, irrelevant and would, in part, constitute hearsay.

14. Commander Chief Gerald Nelson

Chief Nelson was the Commander of the 77th Precinct at the time of the incident, and was present at the 77th precinct at the time of the Warrens' arrest, where he spoke with officers including Officer Talvy. He will testify as to what he heard and observed at the precinct and during the course of subsequent investigations.

Defendants object to this witness on the grounds that his testimony would be cumulative, unfairly prejudicial, irrelevant and would, in part, constitute hearsay.

15. Stephanie Niles

Ms. Niles is a witness to the events that took place on June 21, 2007 and she will testify to what she heard and observed on that day.  Her last known phone number is (718) 501-9035.

16. Robin McClammy

Ms. McClammy is a witness to the events that took place on June 21, 2007 and she will testify to what she heard and observed on that day.  Her last known phone number is (646) 331-5881.

17.  Majida Abdul-Karim

Ms. Abdul-Karim is a witness to the events that took place on June 21, 2007 and she will testify to what she heard and observed on that day.  .

18. Lisa Jones

Ms. Jones is a witness to the events that took place on June 21, 2007 and she will testify to what she heard and observed on that day.  Her last known phone number is (347) 210-1094.

19. Lafette Richard

Ms. Richard is a witness to the events that took place on June 21, 2007 and she will testify to what she heard and observed on that day.

20. Don MonPlaisin

Don MonPlaisin is a witness to the events that took place on June 21, 2007 and he will testify to what he heard and observed on that day.

8

21. Fred Moody (also known as Fred Martinez)

Mr. Moody is a witness to the events that took place on June 21, 2007 and was arrested on that date. He will testify to what he heard and observed on that day, including how he was treated by the defendant police officers in this case.

Defendants submit that, if permitted at all, Mr. Moody's testimony should be limited to what he saw, heard and did on June 21, 2007, and that he should not be permitted to testify about any monetary settlement with the City or others relating to the events of that day.

22. Melissa St. Fleur

Ms. St. Fleur is an EMT who responded to the scene on June 21, 2007 to treat Fred Moody. She will testify to what she heard and observed on that day.

Defendants object to this witness on the grounds that the testimony would be cumulative, unfairly prejudicial, irrelevant and would, in part, constitute hearsay.

23. Dr. Maxine Orris

Dr. Maxine Orris is a physician who treated Michael and Evelyn Warren. She will testify about the medical treatment she provided and the condition of the Warrens.

24. Dr. Craigh Bryan

Dr. Craigh Bryan is a physician who treated Michael and Evelyn Warren. He will testify about the medical treatment he provided and the condition of the Warrens.

25. Dr. Jeffrey Gardere

Dr. Gardere is a physician who treated Michael and Evelyn Warren. He will testify about the medical treatment he provided and the condition of the Warrens.

26. Dr. Barbara Blum

Dr. Blum is a physician who treated Michael and Evelyn Warren. She will testify about the medical treatment she provided and the condition of the Warrens.

27. Dr. Sanford Drob

Dr. Drob is a clinical and forensic psychologist who evaluated Michael and Evelyn Warren. He will be called as an expert in the field of clinical and forensic psychology to testify about the effects of the events of June 21, 2007 on Mr. and Mrs. Warren.

28. Doctor(s) from Kings County Hospital, if necessary to authenticate medical records.

29.  Councilperson Charles Barron.

Councilperson Barron was present at the 77th Precinct on the night of 6/21/77 and observed the condition of Mr. and Mrs. Warren.

Defendants object to this witness on the grounds that he was not present when the Warrens were arrested or subjected to any force, his testimony would be cumulative, unfairly prejudicial and would likely constitute hearsay in whole or in part.

30. Assistant Chief Donald Zeigler

Assistant Chief Zeigler was present at the 77th Precinct on the night of 6/21/77 and observed the condition of Mr. and Mrs. Warren, and interviewed or was present during the interview of some of the officers involved in the arrest, seizure and detention of Mr. and Mrs. Warren.

Defendants object to this witness on the grounds that he was not present when the Warrens were arrested or subjected to any force, his testimony would be cumulative, unfairly prejudicial and would likely constitute hearsay in whole or in part.

31. Marissa Benton of the Legal Aid Society

Ms. Benton was present at the 77th Precinct on the night of 6/21/77 and observed the condition of the Warrens.

Defendants object to this witness on the grounds that she was not present when the Warrens were arrested or subjected to any force, her testimony would be cumulative, unfairly prejudicial and would likely constitute hearsay in whole or in part.

32.  Sally O'Brien of WBAI

Ms. Benton was present at the 77th Precinct on the night of 6/21/77 and observed the condition of the Warrens.

Defendants object to this witness on the grounds that she was not present when the

Warrens were arrested or subjected to any force, her testimony would be cumulative, unfairly prejudicial and would likely constitute hearsay in whole or in part.

Plaintiff reserves all rights to present witness testimony at trial as permitted under the Federal Rules of Civil Procedure and the local rules.  Plaintiff reserves all rights to present witness testimony at trial by live testimony or by deposition as permitted under the Federal Rules of Civil Procedure and the local rules.  Plaintiff reserves all rights to present witness testimony at trial by live testimony if the parties are not able to agree on deposition designations and cross designations.  Plaintiff reserves all rights to supplement this witness list if defendants do not stipulate to authenticity of documents, exhibits or electronic data.  Plaintiff reserves all rights to call witnesses on defendants' witness list on plaintiff's case in chief and reserve all rights to call rebuttal and impeachment witnesses.

***Defendants' Witness List***  Defendants reserve the right to call any witness listed by plaintiff, above, and reserve all rights to the same extent that plaintiff has done so, above.  In addition, defendants reserve the right to call the following witnesses:

Michael Warren – will testify about 6/21/07 incident, claims for damages

Evelyn Warren – will testify about 6/21/07 incident, claims for damages

Steven Talvy – will testify about 6/21/07 incident

John Acconi – will testify about 6/21/07 incident

Maribel Sarante – will testify about 6/21/07 incident

Nicholas Tricarico – will testify about 6/21/07 incident

Steven Margaritis – will testify about 6/21/07 incident

John Devito – will testify about 6/21/07 incident

Joseph Tillotson – will testify about 6/21/07 incident

Anthony Carozza – will testify about 6/21/07 incident

April Davis – will testify about 6/21/07 incident

Bruce Reynolds – will testify about 6/21/07 incident

Jasmine Steadman – will testify about 6/21/07 incident

Plaintiffs object to this witness on the grounds that the testimony would be irrelevant and

11

cumulative.

EMT Araulky Beltre – will testify about 6/21/07 incident

Plaintiffs object to this witness on the grounds that the testimony would be irrelevant and cumulative.

EMT Richard Rose – will testify about 6/21/07 incident

Plaintiffs object to this witness on the grounds that the testimony would be irrelevant and cumulative.

Damione Warner – will testify about 6/21/07 incident

Plaintiffs object to this witness on the grounds that the testimony would be irrelevant and cumulative.

Ahmad Ramana – will testify about 6/21/07 incident

Plaintiffs object to this witness on the grounds that the testimony would be irrelevant and cumulative.

George Anderson (expert) – will testify about police procedures

Plaintiffs object to this witness on the grounds of lack of expert qualifications and conflict of interest.

Steven Martin, M.D. (expert) – will testify about plaintiffs' alleged damages

Plaintiffs object to this witness on the ground that the witness does not have a proper basis to form an expert opinion.

Michael Aronoff, M.D. (expert) – will testify about plaintiffs' alleged damages

Paul Hymowitz, M.D. (expert) - will testify about plaintiffs' alleged damages

Plaintiffs object to this witness on the ground that the witness does not have a proper basis to form an expert opinion.

I.  **Deposition Testimony**

*Plaintiffs Deposition Designations*

The plaintiffs do not anticipate any deposition testimony to be offered in their case in chief. The plaintiffs assume that all involved officers, including those listed above as witnesses, will be available for trial. If any officer will not be available or becomes unavailable the plaintiffs request that opposing counsel notify plaintiffs as soon as possible so plaintiffs may designate portions of deposition testimony intended to be offered into evidence. The plaintiffs reserve the right, should any witness become unavailable, to offer that witness's deposition testimony into evidence. The plaintiffs reserve the right to impeach any witness with his or her deposition testimony.

***Defendants' Deposition Designations***

None at this time.

**J . Exhibits**

***Plaintiff's Exhibit List***

*Plaintiff's inclusion of items of items on this list indicates that Plaintiff may offer the items as evidence at trial, but also may not offer them at trial.*

| No. | Description | Bates Nos. | Other Identifying Nos. | Objections and Basis |
|-----|-------------|------------|------------------------|----------------------|
| 1. | 6 black and white copies of photos of incident location taken on 7/19/2007 by CCRB investigator Foster | Warren 00541-546; NYC 109-114 | | |
| 2. | Arrest log showing arrest for Fred Moody | Warren 00548 | | Relevance, cumulative, prejudicial (FRE 403) |
| 3. | Arrest log showing arrest for Michael Warren | Warren 00549 | | |
| 4. | DA Complaint Room Screening Sheet for Michael Warren | Warren 00550-551 | | |
| 5. | Notice from DA to PO Acconi | Warren | | Relevance, |

| | | | | |
|---|---|---|---|---|
| | regarding Michael Warren stating it is imperative that Acconi contact DA dated 8/2/2007 [*case in chief, rebuttal or impeachment*] | 00554 | | confuses issues (FRE 403) |
| 6. | Omniform Arrest Form for Freddy Moody [*rebuttal or impeachment*] | Warren 0059-60 | | Relevance (FRE 403) |
| 7. | NYPD Mugshot Pedigree from Freddy Moody from 6/21/2007 arrest | Warren 00568; 00788 | | Relevance, prejudice, confuses issues, cumulative (FRE 403) |
| 8. | Omniform Complaint for Michael Warren | Warren 00011-13; 00031-33; 00573-574 | | |
| 9. | Omniform Arrests form for Michael Warren | Warren 00009-10; 00029-30; 00576-577 | | |
| 10. | Summons to Evelyn Warren | Warren 00001-02; 00578-579 | | |
| 11. | DAT for Michael Warren | Warren 00598; 00706 | | |
| 12. | PO Acconi Memobook | Warren 00107-108; 00600-601 | | Relevance, cumulative (FRE 403) – no objection if used to refresh |
| 13. | PO Devito Memobook | Warren 00109-110; 00602-603 | | Same |
| 14. | PO Margaritis Memobook | Warren 00111-112; 00604-605 | | Same |
| 15. | Sgt. Talvy Memobook | Warren 00113-115; 00606-608 | | Same |
| 16. | PO Tillotson Memobook | Warren 00116-117; 00609-610 | | Same |
| 17. | PO Sarante Memobook | Warren 00104-106; | | Same |

| | | | |
|---|---|---|---|
| | | 00611-614 | |
| 18. | 6/21/2007 memo from Executive Officer of the 75th Precinct to Chief of Patrol re the arrest of Michael and Evelyn Warren | Warren 00055-57; 00616-618; 696 | Relevance, contains hearsay (FRE 403, 802) |
| 19. | 911 call record | Warren 00629 | Relevance, contains hearsay |
| 20. | Affidavit of Mirabel Sarante in regards to Fred Moody [*rebuttal or impeachment*] | Warren 00734-00735 | Relevance, cumulative |
| 21. | Testimony of Mirabel Sarante at Freddy Moody's grand jury (redacted) [*rebuttal or impeachment*] | Warren 00749-00754 | Relevance, cumulative |
| 22. | Testimony of Steven Margaritas at Freddy Moody's grand jury (redacted) [*rebuttal or impeachment*] | Warren 00755-00759 | Same |
| 23. | Testimony of Steven Talvy at Freddy Moody's grand jury (redacted) [*rebuttal or impeachment*] | Warren 00760-764 | Same |
| 24. | Testimony of Joseph Tillotson at Freddy Moody's grand jury (redacted) [*rebuttal or impeachment*] | Warren 00765-00770 | Same |
| 25. | Testimony of John Acconi at Freddy Moody's grand jury (redacted) [*rebuttal or impeachment*] | Warren 00771-00775 | Same |
| 26. | NYPD IAB Investigating Officer's Report re interview of Sgt. Steven Talvy | Warren 00795-796; NYC 210-211 | Same |
| 27. | NYPD IAB Investigating Officer's Report re interview of Officer Tillotson | Warren 00797-798 | Same |
| 28. | NYPD IAB Investigating Officer's Report re interview of Officer Carozza | Warren 00799-800 | Same |
| 29. | NYPD IAB Investigating Officer's Report re interview of Margaritis | Warren 00801-802 | Same |
| 30. | NYPD IAB Investigating Officer's Report re interview of Tricarico | Warren 00803-804 | Same |
| 31. | NYPD IAB Investigating Officer's Report re interview of Devito | Warren 00805-806 | Same |
| 32. | NYPD IAB Investigating Officer's Report re interview of PO Acconi | Warren 00807-808 | Same |
| 33. | Checks from Evelyn Warren to Dr. Jeffrey Gardner | Warren 00900 | |
| 34. | Article by Amadi Ajumu with color photograph of Warrens | Warren 00901 | Relevance, Hearsay |

| 35. | Criminal Complaint for Michael Warren signed by P.O. Acconi | Warren 00003 | | |
| 36. | CCRB Officer History for Officer Carozza, printed 8/31/2007 | Warren 00046-00049 | | Relevance (FRE 403, 404(b) |
| 37. | CCRB Officer History for Officer Sarante, printed 8/31/2007 | Warren 00046-00049 | | |
| 38. | CCRB Officer History for Officer Tricarico, printed 8/31/2007 | Warren 00046-00049 | | |
| 39. | IAB Officer Resume for Mirabel Sarante printed 8/30/2007 | Warren 00063-64 | | same |
| 40. | IAB Officer Resume for Nicholas Tricarico printed 8/30/2007 | Warren 00065-66 | | Same |
| 41. | CCRB Officer History for Sgt. Talvy printed 8/24/20077 | Warren 00071-072 | | Same |
| 42. | CCRB Officer History for John Acconi printed 8/24/2007 | Warren 00073 | | Same |
| 43. | CCRB Officer History for Tillotson printed 8/24/2007 | Warren 00074 | | Same |
| 44. | Subject/witness officers and summary of Internal Affairs Bureau Log No. 07-24215 | Warren 00120-00122-2 | | Relevance, contains hearsay |
| 45. | IAB Investigating Officers Report dated 6/22/07 | WARREN 00127-00130; NYC 136-139 | | Same |
| 46. | Memo from Det. Mario Corletto of IAB group 34 to Capt. Ricciardi of CO Group 34 re Sgt. Talvy's record, dated June 25, 2007 | Warren 00136 | | Relevance (FRE 403, 404(b) |
| 47. | IAB Investigating Officer's Report dated 7/19/2007 re interview with EMT St. Fleur | WARREN 00213; NYC 191 | | Same |
| 48. | IAB Log #07-23864, OG #0700334, Comp: Michael Warren [*rebuttal or impeachment*] | WARREN 00272-00276; WARREN 00833-00837; NYC 195-197 | | Relevance, hearsay |
| 49. | Letters from CCRB to Evelyn Warren re findings | Warren 00282-284 | | Hearsay if offered by |

| | | | | |
|---|---|---|---|---|
| | | | | plaintiffs |
| 50. | Letter from CCRB to Michael Warren re findings | Warren 00279-00281 | | |
| 51. | Bill for Professional Services Rendered from Susan V. Tipograph | Warren 00426 | | |
| 52. | Bill for Services from Jill Elijah, Esq. | Warren 00427 | | |
| 53. | Patient records of Evelyn Warren from Long Island College Hospital (Dr. Maxine Orris) | WARREN 00428-432; NYC 000001-000004 | Defendants Exhibits A and A-1 to Dr. Orris Deposition | Defendants object to all hearsay statements on plaintiffs' case-in-chief except those necessary to medical treatment |
| 54. | Patient records of Michael Warren from Long Island College Hospital (Dr. Maxine Orris) | WARREN 00433-437; NYC | Defendants Exhibit D to Dr. Orris Deposition | Same |
| 55. | Records for Evelyn Warren for Kings County Hospital Center | Warren 00438-453; | | Same |
| 56. | Records from Michael Warren for Kings County hospital center | Warren 00454-477; | | Same |
| 57. | Michael Warren's records from Dr. Craigh Bryan [subject to further review by plaintiffs to ensure that no duplicates are introduced] | NYC 080303-080449; NYC 081377-081530; Warren 00925-956 | | Same |
| 58. | Evelyn Warren's medical records from Craigh Bryan [subject to further review by plaintiffs to ensure that no duplicates are introduced] | NYC 080685-080736; Warren 00478-514; NYC 081377-081530 | | Same |
| 59. | Bill for legal services from Roger Wareham | Warren 00536 | | |
| 60. | One page of notes from D. Barbara L. Blum re Michael Warren | Warren 00538 | | Hearsay if offered by |

|  |  |  |  | plaintiffs |
|---|---|---|---|---|
| 61. | Records from Dr. Jeffrey R. Gardere re treatment of Evelyn Warren | Warren 00902-911 | Exhibits B and C to Gardere deposition | Same as #54 |
| 62. | Notes of Evelyn Warren | Warren 01815-1816 |  | Hearsay if offered by plaintiffs |
| 63. | Receipt for Mont Blanc pen | Warren 01828 |  |  |
| 64. | Receipt for prescription sun glasses | Warren 01829 |  |  |
| 65. | Dr. Orris handwritten notes re Michael Warren | 01833-1838 |  | Same as #54 |
| 66. | Dr. Orris handwritten notes re Evelyn Warren | 01839-01841 |  | Same |
| 67. | Dr. Barbara Blum's notes regarding Michael Warren--includes handwritten notes and bills | WARREN 01833 confidential -01872 confidential | Exhibits A, B, and C to Blum Deposition; Notes produced by Dr. Blum at her deposition | Same |
| 68. | Copy of DSM IV Criteria for Post traumatic Stress Disorder |  | Referred to in Dr. Blum deposition | Relevance |
| 69. | Billing statements from Dr. Barbara Blum | WARREN 01847; NYC 80737-739; 081531-553 | Defense Exhibit Q for Michael Warren's deposition |  |
| 70. | Letter from Susan Scharfstein 10/7/2010 with answers to second set of interrogatories. |  |  | Objection to letter (relevance) |
| 71. | 6 Photographs of Michael Warren |  | Numbered as photos 1-5 and 7 in disclosure of 4/8/2009 |  |
| 72. | 2 Photographs of Evelyn Warren |  | Numbered as photos 1 and 3 in disclosure of 4/22/2009 |  |
| 73. | Letter from Dr. Barbara Blum re condition of Michael Warren | NYC 000049 |  |  |

| | | | | |
|---|---|---|---|---|
| 74. | Court records from Kings County (list of appearances, docket sheet, charges for Michael Warren) | NYC 00050, 00057, 00054-00057 | | |
| 75. | CCRB Interview Sheet for interview of Sgt Talvy | NYC 207-209 | | Relevance, cumulative |
| 76. | CCRB Interview Sheet for interview of John Acconi | NYC 219-221 | | Same |
| 77. | CCRB Interview Summary of interview with Tillotson | NYC 229-232 | | Same |
| 78. | CCRB Summary of Interview with Tricarico | NYC 237-238 | | Same |
| 79. | CCRB Summary of Interview with Sarante | NYC 246-248 | | Same |
| 80. | CCRB Summary of Interview with Carozza | NYC 252-253 | | Same |
| 81. | CCRB Summary of Interview with Devito | NYC 259-260 | | Same, hearsay (not an admission) |
| 82. | CCRB Summary of Interview with Margaritas | NYC 268-269 | | Same as #81 |
| 83. | WebCrims Documents showing Court dates for Michael Warren | NYC 287-289 | | |
| 84. | WebCrims Documents showing Court dates for Evelyn Warren | NYC 290-292 | | |
| 85. | Memorandum from CCRB to Police Commissioner re incident. | NYC 515-516 | | Relevance, contains hearsay, prejudice (FRE 403, 404(b)) |
| 86. | Letter from State of New York Division of Criminal Justice Services stating that Michael Warren has no criminal history record information | NYC 000058 | | Relevance, hearsay |
| 87. | Letter from State of New York Division of Criminal Justice Services stating that Evelyn Warren has no criminal history record information | NYC 00059 | | Same as #86 |
| 88. | Copy of Evelyn Warren's driver's license and list of her property | NYC 000060 | | |
| 89. | Redacted CCRB history for Margaritas 8/31/2009 | NYC 21579-81 | | Relevance, prejudice (FRE 403, |

| | | | 404(b)) |
|---|---|---|---|
| 90. | CCRB history for Acconi on 3/31/2007 | NYC 21596 | Same |
| 91. | Police Student's Guide on Use of Force p. 7 | NYC 21761 | Relevance |
| 92. | Police Student's Guide on Use of Force p. 16-17 | NYC 21762-63 | Same |
| 93. | IAB Investigating Officer's Report re Anthony Carozza | NYC IAB 1-2 | Relevance, cumulative |
| 94. | IAB Investigating Officer's Report re Steven Talvy | NYC IAB 37-38 | Same |
| 95. | IAB Investigating Officer's Report re Tillotson | NYC IAB 39-40 | Same |
| 96. | IAB Investigating Officer's Report re Maribel Sarante | NYC IAB 41-42 | Same |
| 97. | IAB Investigating Officer's Report re John Acconi | NYC IAB 45-46 | Same |
| 98. | Redacted CCRB Officer history for Talvy 6/25/2007 | NYC IAB 190 | Relevance, prejudice (FRE 403, 404(b)) |
| 99. | Personnel Records for Steven Talvy, including personnel profile and IAB Comprehensive History | NYC IAB 191-214 | Same |
| 100. | Personnel Profile for John Acconi | NYC IAB 216-219 | Same |
| 101. | Personnel Profile for Mirabel Sarante | NYC IAB 220-229 | Same |
| 102. | IAB Comprehensive Officer History for Anthony Carozza | NYC IAB 223-259 | Same |
| 103. | Personnel Profile for Anthony Carozza | NYC IAB 260-266 | Same |
| 104. | IAB Comprehensive Officer Report for Tillotson | NYC IAB 328-358 | Same |
| 105. | Personnel Profile for Tillotson | NYC IAB 359-368 | Same |
| 106. | Comprehensive Officer History for Maribel Sarante | NYC IAB 370-382 | Same |
| 107. | Personnel Profile for Maribel Sarante | NYC IAB 383-392 | Same |
| 108. | Comprehensive Officer History for Acconi | NYC IAB 394-432 | Same |
| 109. | P.G. 202-21 Police Officer | NYC 004001-4002 | Relevance |
| 110. | P.G. 203-11 Use of Force | NYC 004003- | Relevance |

| | | | | |
|---|---|---|---|---|
| | | 4004; 021007-021008; 21927 | | |
| 111. | P.G. 208-03 Arrests--General Processing | NYC 004009-4019 | | Relevance |
| 112. | P.G. 104-01 General Regulations | NYC 004062-4072 | | Relevance |
| 113. | P.G. 110-2 Arrests-General | NYC 004076-004090; 4092 | | Relevance |
| 114. | Memo of the NYPD "Uniformed Members of the Services on Force Monitoring" | WARREN 01768-1770 | | Relevance, prejudice |
| 115. | NYPD Supervisor's Guide Monitoring and Assistance Programs | WARREN 01771-1778 | | Same |
| 116. | Stipulation and Order from Black et al. v. Michael Codd et al. regarding onlookers | WARREN 01241-1243 | | Same |
| 117. | Interim Order No. 27 "Observers at the Scene of Police Incidents" | WARREN 01244 | | Same |
| 118. | Interim Order No. 40 "Observers at the Scene of Police Incidents" | WARREN 01245 | | Same |
| 119. | NYPD Personnel  Inquiry for Sgt. Talvy | NYC 001002 | | Relevance |
| 120. | Memo from Commanding Officer, Group #34, IAB, to Chief of Internal Affairs Bureau, dated 9/3/2008, re IAB investigation | NYC 001104-1109 | | Same |
| 121. | Memo from Commanding officer, 77 precinct to Chief of Patrol, dated 6/24/2007 | NYC 001123-1124 | | Relevance, contains hearsay |
| 122. | Form of Oath of Officer Carozza | NYC 002001 | | |
| 123. | Oath of Sgt. Talvy | NYC 002015 | | |
| 124. | Oath of Tillotson | NYC 002097 | | |
| 125. | Oath of Officer Sarante | NYC 002061 | | |
| 126. | Oath of John Anthony Acconi | NYC 002077 | | |
| 127. | CCRB Recorded interview of Sgt. | | Tape labeled | Relevance, |

| | | | |
|---|---|---|---|
| | Talvy *[case in chief or impeachment]* | | 200708928-- Copy Sgt. Talvy: 12/6/07 CCRB | cumulative, if played in its entirety |
| 128. | CCRB Recorded interview of Officer Cardozza *[case in chief or impeachment]* | | Tape labeled 200708928-- Copy 16 P.O. Cardo | Same |
| 129. | CCRB Recorded interview of Officer Acconi *[case in chief or impeachment]* | | Tape labeled 200708928-- Copy P.O. Accoini 15 | Same |
| 130. | CCRB Recorded interview of Officer Sarante *[case in chief or impeachment]* | | Tape labeled 200708928 (13) P.O. Sarante | Same |
| 131. | CCRB Recorded interview of Officer Tillotson *[case in chief or impeachment]* | | Tape labeled 200708928-- Copy 17 P.O. Tillotson CCRB 1-25-0 | Same |
| 132. | CCRB Recorded interview of Officer Devito *[case in chief or impeachment]* | | Tape labeled 200708928-- Copy P.O. Davito 14A | Same |
| 133. | CCRB Recorded interview of Officer Tricarico *[case in chief or impeachment]* | | Tape labeled 200708928 Copy P.O. Tricarico | Same |
| 134. | CCRB Recorded interview of Officer Margaritis *[case in chief or impeachment]* | | Tape labeled 200708928 (18) CCRB P.O. Margaritis 1-29-08 | Same |
| 135. | IAB Recorded interview of Sgt Talvy *[case in chief or impeachment]* | | Tape labeled 200708928-- Copy Tape from IAB PG SGT LOG # 07-23864 | Same |
| 136. | IAB Recorded interview of Officer Sarante *[case in chief or impeachment]* | | Tape labeled P.G. P.O. Sarante Log # 07-23864 | Same |

| | | | | |
|---|---|---|---|---|
| | | | 200708928--Cop | |
| 137. | IAB Recorded interview of Officer Acconi *[case in chief or impeachment]* | | Tape labeled 200708928 Tape from IAB P.G. P.O. Acooni Log# 07-23864 | Same |
| 138. | IAB Recorded interview of Officer Carozza *[case in chief or impeachment]* | | Tape labeled P.G. P.O. Carozza 07-23864/200708928 | Same |
| 139. | IAB Recorded interview of Officer Tillotson *[case in chief or impeachment]* | | Tape labeled 200708928 Tape from IAB PG P.O. Tillson Log# 07-2386 | Same |
| 140. | IAB Recorded interview of Officer Devito *[case in chief or impeachment]* | | Tape labeled 200708928 CCRB P.G. Devito Log#07-00334 | Same |
| 141. | IAB Recorded interview of Officer Margaritis *[case in chief or impeachment]* | | Tape labeled PG Margaritis NYC AC 090/2-04 | Same |
| 142. | Audio Recordings of radio transmissions made by officers on scene | | | Same |
| 143. | Audio Recording of 911 call made by Evelyn Warren | | | |
| 144. | Letter from Dr. Alice Wei MD to Dr. Burroughs re Michael Warren | NYC 081025 | Exhibit E to Dr. Bryan Deposition | Same as #54 |
| 145. | Bills from Dr. Drob and proof of payment | | | |
| 146. | Letter from Dr. Gardere certifying he is Evelyn Warren's treating psychologist. | | | |
| 147. | Michael Warren's records from Dr. Valentine Burroughs | NYC 080001-080225; 080566-080684; | | Same as #54 |

| | | 080977-081089 | | |
|---|---|---|---|---|
| 148. | Evelyn Warren's records from Dr. Valentine Burroughs | NYC 080226-080302; 080495-080565; 080907-976 | | Same as #54 |
| 149. | Google Maps photograph of 520 Vanderbilt Ave | | Defense Exhibit B for Michael Warren's deposition | |
| 150. | Photograph of McDonalds | | Defense Exhibit C for Michael Warren's deposition | |
| 151. | Photograph of McDonalds | | Defense Exhibit D for Michael Warren's deposition | |
| 152. | Photograph of Intersection | | Defense Exhibit E for Michael Warren's deposition | |
| 153. | Photograph of McDonalds | | Defense Exhibit F for Michael Warren's deposition | |
| 154. | Google maps aerial view of Vanderbilt and Atlantic, Brooklyn NY | | Defense Exhibit G for Michael Warren's deposition | |
| 155. | Google maps aerial view of Vanderbilt and Atlantic, Brooklyn NY | | Defense Exhibit H for Michael Warren's deposition | |
| 156. | Google maps aerial view of Vanderbilt and Atlantic, Brooklyn NY, with markings | | Defense Exhibit I for Michael | |

|  |  |  |  | Warren's deposition |  |
| --- | --- | --- | --- | --- | --- |
| 157. | Photographs of the scene of the incident |  |  | Defense Exhibit A for Evelyn Warren's deposition |  |
| 158. | Google Map of the scene of the incident |  |  | Defense Exhibit B for Evelyn Warren's deposition |  |

| 159. | NYPD request to IAB for records check for arrest photos and arrest photos of Fred Moody | Warren 00569-570 |  | Relevance, prejudice (FRE 403) |
| --- | --- | --- | --- | --- |
| 160. | CCRB Complaint Report dated 8/24/2007 *[rebuttal or impeachment]* | Warren 00067-70; 00250-253; 00838-841 (redacted) |  | Same |
| 161. | CCRB IA Detailed Description re conversation with Lafette Richard dated 6/28/2007 *[rebuttal or impeachment]* | Warren 00080; 00238 |  | Relevance, prejudice, contains hearsay |
| 162. | CCRB interview sheet for Lafette Richard *[rebuttal or impeachment]* | Warren 00084-87; 00239-242 |  | Same |
| 163. | Summary of interview with Amed Ramada contained in CCRB IA Detailed Description re canvass of the area surrounding the incident(dated 7/19/2007) *[impeachment]* | Warren 00088-89; 00246-247 |  | Same |
| 164. | CCRB IA Detailed Description re calls to IAB from Lafette Richard,  Judith Ackerman , and "Ashley" | WARREN 00091; WARREN 00249; NYC 125 |  | Same |
| 165. | CCRB IA Detailed Description re interview with Majida Abdul-Karim dated 8/6/2007 | Warren 00092 |  | Same |
| 166. | IAB Investigating Officers Report dated 7/12/2007 re interview with April Davis *[rebuttal or impeachment]* | Warren 00142-143; 00809-810 (redacted) |  |  |
| 167. | IAB Investigating Officers Report | Warren |  | Relevance, |

|  | | | | |
|---|---|---|---|---|
|  | dated 7/13/2007 re interview with Lafette Richard | 00147-148 | | prejudice, contains hearsay |
| 168. | IAB Investigating Officer's Report dated 7/13/2007 re interview of April Davis *[rebuttal or impeachment]* | Warren 00157 | | |
| 169. | CCRB IA Detailed Descriptions for interview with Lafette Richard | NYC 157-160 | | Relevance, prejudice, contains hearsay |
| 170. | Expert report from City's Expert Dr. Aronoff *[rebuttal or impeachment]* | | | Expert reports not admissible; no objection if used to impeach |
| 171. | Expert report from City's Expert Dr. Hymowitz *[rebuttal or impeachment]* | | | Same |
| 172. | Recorded calls from witnesses Lafette Richard and Judith Ackerman | | | Relevance, prejudice, contains hearsay |
| 173. | Google Map(s) of the scene of the incident | | | |
| 174. | Google Aerial/Satellite view(s) of the scene of the incident | | | |
| 175. | Criminal Disposition of Michael Warren | NYC 000050 | | |
| 176. | Response to CCRB request for records and information, from Chief of Internal Affairs Bureau to Commanding Officer 077 | NYC 000640 | | Relevance, prejudice (FRE 403) |
| 177. | Settlement Document in Fred Moody v. City of New York | | Exhibit 9 at Talvy deposition | Relevance, prejudice, settlements inadmissible (FRE 403, 408) |
| 178. | Interview of Fred Moody on 6/21/2007 | | Tape labeled "CALL-OUT #38 of 2007 6/21/07 77 PCT | |
| 179. | Order to Show Cause and Supporting Petition in *In the Matter of Michael Warren for a Judgment Under Article* | | | |

| | | | |
|---|---|---|---|
| | *78 against The New York City Police Department et al.*, Index No. 07/109360 of the Supreme Court of the State of New York in the County of New York | | | |
| 180. | CCRB interview of Laffette Richards | | Tape Labeled 200708928-Copy 4A 7-17-07 L. Richards CCRB | |
| 181. | Recorded calls of CCRB to April Davis *[impeachment]* | | Tape Labeled 200708928-Copy Warren Final Calls April Davis Justin Sandy 3-5-08 | |
| 182. | Recorded calls of CCRB to April Davis *[impeachment]* | | Tape labeled 200708928--Copy 11 Calls Bruce Reynolds, April Davis | |
| 183. | Recorded calls of CCRB to Bruce Reynolds *[impeachment]* | | Tape labeled 200708928--Copy 11 Calls Bruce Reynolds, April Davis | |
| 184. | IAB Investigating Officer's Report dated 7/14/2007 re interview of Bruce Reynolds *[impeachment]* | Warren 00174-175 | | |
| 185. | IAB Investigating Officer's Reports re Jasmine Steadman *[impeachment]* | Warren 000227-228 | | |
| 186. | IAB Investigating Officer's Report dated 7/17/2007 re interview with EMT Rose *[impeachment]* | WARREN 00202; NYC 194 | | |
| 187. | IAB Investigating Officer's Report dated 7/18/2007 re interview with EMT Beltre *[impeachment]* | WARREN 00207-00208; NYC 188-189 | | |
| 188. | IAB Investigating Officer's Report dated 7/13/2007 re Ahmad Ramada *[impeachment]* | Warren 00150-00151; | | |

| | | | | |
|---|---|---|---|---|
| | | NYC 202-203 | | |
| 189. | IAB Investigating Officer's Report dated 7/16/2007 re Damione Warner *[impeachment]* | WARREN 00185-186; NYC 192-193 | | |
| 190. | IAB Investigating Officer's Report re Damione Warner criminal history | NYC IAB 60 | | |

Plaintiff reserves all rights to present exhibits at trial as permitted under the Federal Rules of Civil Procedure and the local rules. Plaintiff reserves all rights to designate additional exhibits if defendants do not stipulate to authenticity of documents or electronic data. Plaintiff reserves all rights to use documents and exhibits for impeachment, rebuttal and otherwise, separate and apart from those listed above. Plaintiff reserves the right to use all or any portion of a listed exhibit. Plaintiff reserves all rights with respect to demonstrative trial exhibits.

*Defendants' exhibit list*: Defendants reserve the right to use any exhibit listed by plaintiff, and reserve all rights to the same extent that plaintiffs have done so, above. Defendants further state that they may introduce into evidence news articles, news conferences or videotapes of news programs (listed below), but only to the extent that witnesses testifying at trial (live or through other means) are quoted or gave statements. Defendants also reserve the right to use as impeachment evidence any and all public statements made by Michael or Evelyn Warren, or any other witness, concerning the events at issue in this lawsuit, or any matter related thereto.

| A | *People v. Moody*, Docket # 5968/07 – Certificate of Disposition | | | Relevance, prejudice, not produced during discovery |
|---|---|---|---|---|
| B | *People v. Moody*, Docket # 5968/07 – Plea Allocution | | | Hearsay, relevance, prejudice, not produced during discovery |
| C | *People v. Moody*, Docket # 5968/07 – NYS State DCJS Warrant Search (Moody) showing multiple outstanding bench warrant(s) | | | Relevance, prejudice, not produced during discovery |
| D | Video surveillance footage of | | | Relevance, |

| | | | | |
|---|---|---|---|---|
| | | MacDonald's parking lot | | prejudice |
| E | IAB Worksheet # 44 | NYC IAB 0053 | | Relevance, prejudice |
| F | IAB Worksheet re Interview of Bruce Reynolds | NYC IAB 72-73 | | Hearsay |
| G | IAB Worksheet re Re-interview with April Davis | NYC IAB 89-90 | | Hearsay |
| H | IAB Worksheet re Canvass of Incident Location (to the extent that the document memorializes a statement by Ahmad Ramada) | NYC IAB 95-96 | | Hearsay, relevance, cumulative |
| I | All postings or pages from the website www.justiceforwarrens.org | | | Hearsay, relevance, prejudice |
| J | Dr. Blum medical note | Warren 00538 | | |
| K | WWOR interview of Warrens | Warren 00533-35 (letter & certificate) | | Plaintiffs object to letters K-Q, X, T, and CC except to the extent that the interview or article contains a direct quotation or recorded statement of plaintiffs about the incident |
| L | NY Daily News article (June 25, 2007) | NYC 77 | | Same |
| M | "Apartheid Americana" by Susie Day | NYC 85-87 | | Same |
| N | "People Get Ready" – Amsterdam News, Aug. 16-22, 2007 | NYC 89-90 | | Same |
| O | "Day of Outrage" – Amsterdam News | NYC 91-92 | | Same |
| P | Our Time Press – news article | NYC 81-83 | | Same |
| Q | Interview of Michael and Evelyn Warren – TotalBlackTV.com | | | Same |
| R | Statement of Freddy Moody | NYC 143 | | Hearsay |
| S | Letter from Evelyn Warren to CCRB Investigator Foster | NYC 163 | | Relevance, prejudice |
| T | Statement by Evelyn Warren to | | | Same as |

| | | | | |
|---|---|---|---|---|
| | WNYC's "Brian Lehrer" show | | | objection to K |
| U | Summary of Statement by Evelyn Warren to WNYC's "Brian Lehrer" show | NYC 166 | | Hearsay |
| V | Letter from Michael Warren to CCRB Investigator Foster | NYC 169 | | Relevance, prejudice |
| W | Telephone statement of Bruce Reynolds to CCRB – written summary and recording | NYC 177-78 | | Hearsay |
| X | Michael & Evelyn Warren interview on the program "Like It Is" | | | Same as objection to K |
| Y | Complaint | | | |
| Z | Amended Complaint | | | |
| AA | All medical records of Michael and Evelyn Warren to the extent not already listed in this order | | | Plaintiffs object to the admission of any irrelevant medical records |
| BB | Notice of Claim | | | |
| CC | WBAI interview of the Warrens on 6/21/07 (recorded) | | | Same as objection to K |

Dated:  New York, New York
       April 2, 2012

| | |
|---|---|
| _____s/_____<br>Jonathan C. Moore (jmoore@blhny.com)<br>Elizabeth C. Logemann (elogemann@blhny.com)<br>BELDOCK LEVINE & HOFFMAN LLP<br>99 Park Avenue, Suite 1600<br>New York, New York 10016<br>(212) 490-0400<br>*Attorneys for the Plaintiff* | _____s/_____<br>Arthur G. Larkin (alarkin@law.nyc.gov)<br>Kimberly Conway (kconway@law.nyc.gov)<br>New York City Law Dept.<br>100 Church Street, Room 3-180<br>New York, New York 10007<br>(212) 788-1599 (phone)<br>(212) 788-9776 (fax)<br>*Attorney for the Defendants* |