**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

MICHAEL WARREN and EVELYN WARREN,    x

                Plaintiffs,          x

      -against-                x

                                          x

THE CITY OF NEW YORK, a municipal entity;    x      08-CV-3815 (ARR) (RER)
NEW YORK CITY POLICE COMMISSIONER
RAYMOND KELLY; NEW YORK CITY                                   x      ECF Case
POLICE SERGEANT STEVEN TALVY
(Shield No. 5408); NEW YORK CITY POLICE
OFFICER JOSEPH TILLOTSON                                   x      **NOTICE OF MOTION** *IN*
(Shield No. 30215); NEW YORK CITY POLICE              *LIMINE*
OFFICER JOHN ACCONI (Shield No. 5075);    x
NEW YORK CITY POLICE OFFICER
MIRABEL SARANTE (Shield No. 10211),      x
NEW YORK CITY POLICE OFFICER
ANTHONY CAROZZA (Shield No. 16222),     x
individually and in their official capacities; and
JOHN DOES 1-10, New York City Police       x
Officers, Supervisors and/or Commanders,
individually and in their official capacities,     x

             Defendants.         x

------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that plaintiff moves before the Honorable Judge Allyne R.

Ross of this Court, at the United States Courthouse for the Eastern District of New York, 225

Cadman Plaza, Brooklyn, New York, for an Order pursuant to Federal Rules of Evidence 401,

402, 403, 702, 801, 802, 805, and 1002 excluding from introduction or reference to at trial:  (1)

news articles and recordings; (2) summaries and/or recordings of statements allegedly made by

witnesses; (3) a summary of an oral statement and written statements made by Evelyn and

Michael Warren to an Investigator for the Civilian Complaint Review Board (CCRB); (4) video

footage of a McDonald's Parking Lot; (5) documents from *People v. Moody*, Docket # 5968/07;

(6) information regarding the names of Michael Warren's prior or current clients, and/or the

specific nature of their cases; and (7) the testimony of Dr. Steven Martin and Dr. Paul

Hymowitz, together with such other relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE**, that in support of the within motion, the

plaintiff will rely upon the accompanying Memorandum of Law; the Declaration of Elizabeth

Logemann dated April 11, 2012, including the exhibits attached thereto; and all prior pleadings

and proceedings herein.


Dated:       New York, New York
              April 11, 2012


                              Jonathan C. Moore
                              Elizabeth C. Logemann
                              BELDOCK LEVINE & HOFFMAN LLP
                              99 Park Avenue
                              New York, New York 10016
                              (212) 490-0400


                              *Attorneys for Plaintiff*


TO:     Arthur G. Larkin, Esq.
         Senior Counsel
         New York City Law Dept.
         100 Church Street, Room 3-177
         New York, New York 10007
         (212)788-1599


         *Attorneys for Defendants*