**CIVIL CAUSE FOR CONFERENCE:**

BEFORE   ROSS, J.        04/19/2012    TIME: 11:30am — 3:15

CV-08-3815

TITLE:      Warren       -vs- City of New York

PLTFFS ATTY:  ✓ Jonathan ~~Warren~~ Moore, esq.
              ✓ present          not present

              ___ present        ___ not present

              ___ present        ___ not present

DEFTS ATTY:   ✓ Kimberly Conway, esq.
              ✓ present          ___ not present

              ✓ Arthur Larkin, esq.
              ✓ present          ___ not present

              ___ present        ___ not present

REPORTER: C. Heading      COURTROOM DEPUTY: del

OTHER: ___

✓  CASE CALLED.

___  Conf. adj'd to _____

Status conference was held in which evidentiary rulings were made as recorded in the record.