UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
MICHAEL WARREN and EVELYN WARREN,  :  08-CV-3815 (ARR) (RER)
:
         Plaintiffs,  :  NOT FOR PRINT OR
:  ELECTRONIC
  -against-  :  PUBLICATION
:
THE CITY OF NEW YORK, a municipal entity; NEW  :  ORDER
YORK CITY POLICE COMMISSIONER RAYMOND  :
KELLY; NEW YORK CITY POLICE SERGEANT  :
STEVEN TALVY (Shield No. 5408); NEW YORK CITY  :
POLICE OFFICER JOSEPH TILLOTSON (Shield No.  :
30215); NEW YORK CITY POLICE OFFICER JOHN  X
ACCONI (Shield No. 5075); NEW YORK CITY POLICE
OFFICER MIRABEL SARANTE (Shield No. 10211);
NEW YORK CITY POLICE OFFFICER ANTHONY
CAROZZA (Shield No. 16222), individually and in their
official capacities; and JOHN DOES 1-10, New York City
Police Officers, Supervisors and/or Commanders,
individually and in their official capacities,

         Defendants.
------------------------------------------------------------------------

ROSS, United States District Judge:

As set forth in the proceedings taking place on April 30, 2012, parties are directed to provide the following:

(1) The parties are directed to file on ECF promptly any written submissions previously provided to the court that have not yet been electronically filed.

(2) The parties are directed to send the court any transcripts of depositions the parties believe particularly material to the facts of the case and helpful to the court no later than Tuesday May 1, 2012.

(3) The parties are directed to file submissions addressing all aspects of the charge discussed at the conference, accompanied by revised requests to charge no later than 12:00 pm on Wednesday, May 2, 2012.  The issues discussed at conference, among others, included plaintiffs' First Amendment, abuse of process and state law claims.

(4) Plaintiffs are directed to provide the court with one full additional set of exhibits no later than Wednesday, May 2, 2012.

(5) Plaintiffs are directed to provide the court with <u>two</u> sets of those exhibits of internal rules and procedures that has permitted plaintiffs' use for cross-examination and impeachment purposes no later than Wednesday May 2, 2012.

(6) Defendants are directed to file any further written submissions with respect to plaintiffs' use of police procedures and training for cross-examination purposes no later than 12:00 p.m. on Thursday, May 3, 2012.

(7) Plaintiffs are directed to provide the court with <u>two</u> sets of any deposition transcripts to be used during cross-examination no later than Thursday, May 3, 2012.

(8) If either party wishes to provide any additional written submissions regarding any outstanding pre-trial issues not addressed above, they are directed to do so no later than Friday, May 4, 2012.

SO ORDERED.

        /s/
Allyne R. Ross
United States District Judge

Dated:      April 30, 2012
               Brooklyn, New York