(2.5hrs)

**CIVIL CAUSE FOR CONFERENCE:**
BEFORE ROSS, J.     04/30/2012     TIME: 3:00pm - 5:30

CV-08-3815

TITLE: Warren, et al -vs- City of New York, et al.

PLTFFS ATTY: ✓ Jonathan Moore, Esq.
___present       ___not present

___present       ___not present

___present       ___not present

DEFTS ATTY: Arthur G. Larkin, Esq.
___present       ___not present

Kimberly Conway, Esq.
___present       ___not present

___present       ___not present

REPORTER: C. Heading     COURTROOM DEPUTY: del

OTHER: _____

__X__  CASE CALLED.

_____  Conf. adj'd to _____.

Status conference held. Evidentiary rulings as set forth in the transcript of the proceedings.